UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Rcctes, Misty Sinclair
Rcctes, David Earl

**SIGNATURE DECLARATION**

Debtor(s).

Case No. _____

__X__ PETITION, SCHEDULES & STATEMENTS
_____ CHAPTER 13 PLAN
_____ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
_____ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
_____ MODIFIED CHAPTER 13 PLAN
_____ OTHER (Please describe:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 5/15/08

X _____     X _____
Signature of Debtor or Authorized Representative      Signature of Joint Debtor

David E. Rcctes                         Misty S. Rcctes
Printed Name of Debtor or Authorized Representative   Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)