**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:  
Misty Sinclair Rootes  
David Earl Rootes  
Debtor(s)

Case No: 08–42554 – NCD

Chapter 7 Case

## ORDER ON PARTIAL CASE FILING

The petition commencing this case was filed on May 23, 2008 . However, the following documents have not been filed and /or outdated forms were used:

- ☐ **You have filed out–dated forms. Please file the revised forms checked below as an amended petition and amended schedules or statements.**
- ☐ Voluntary petition (Form 1 as revised 01/08)
- ☐ Summary of schedules and statistical summary of certain liabilities (Form 6 as revised 12/07)
- ☐ Schedules A–J (Form 6A – 6J as revised 12/07)
- ☐ Declaration concerning debtor's schedules (Form 6 as revised 12/07)
- ☐ Statement of financial affairs (Form 7 as revised 12/07)
- ☐ Ch 7 individual debtor's statement of intentions
- ☐ Statement of compensation by attorney for debtor (Local Form 1007–1)
- ☐ Ch 7 statement of current monthly income and means test–calculation (Form 22A as revised 01/08)
- ☐ Certificate of intent to cure rent and rent deposit
- ☐ Signature declaration
- ☐ Certificate of credit counseling
- ☑ Payment advices cover sheet and Debtor's income records

INCOME RECORDS NEEDED FOR 60–DAY PERIOD IMMEDIATELY PRECEDING FILING  
Details:

IT IS THEREFORE ORDERED:

1. Unless the court extends the time as provided in paragraph 2 of this order, the debtor(s) shall file the documents specified above, pursuant to Bankruptcy Rules 1007(c), 2016(b) or 3015, not later than June 9, 2008
2. If these documents are not filed on or before such date or such date as the court may fix by order extending the time for such filing, and if the court has not entered an order to extend the time for such filing on application served on the trustee and the United States Trustee, an order dismissing this case shall be entered immediately, without a hearing, without further notice, and without notice to creditors, except as provided in paragraph 3 of this order.
3. If this case is dismissed pursuant to paragraph 2 of this order, notice of such dismissal stating the reason for dismissal shall forthwith be served by the clerk on the debtor(s), the attorney for the debtor(s), the trustee, the United States Trustee, and all creditors listed on the matrix filed with the petition.
4. **THE ATTORNEY FOR DEBTOR OR THE DEBTOR, IF UNREPRESENTED, SHALL SERVE THE NOTICE OF MEETING OF CREDITORS ON ALL CREDITORS NOT LISTED ON THE ORIGINAL MATRIX, SHALL FILE A CERTIFICATE OF SERVICE WITH THE COURT DEMONSTRATING THAT SUCH SERVICE HAS BEEN EFFECTED AND SHALL ADD THOSE CREDITORS TO THE COURT'S MATRIX.**
5. The clerk shall provide notice of this order to the debtors(s), the attorney for the debtor(s), the trustee and the United States Trustee.

Dated: 5/27/08

Nancy C Dreher  
United States Bankruptcy Judge

---

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT  
Filed and docket entry made on May 27, 2008  
Lori Vosejpka, Clerk, United States Bankruptcy Court,  By: sheila, Deputy Clerk