UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:                                                                Case No. _____

Rootes, Misty Sinclair
Rootes, David Earl

**STATEMENT UNDER PENALTY OF PERJURY RE:
PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)**

[X] **Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  [ ] Debtor was not employed during the 60 days preceding the filing of the petition;

  [ ] Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

  [ ] Debtor was self-employed during the 60 days preceding the filing of the petition;

  [ ] Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor: _____  Date: 15 MAY 08

************************************************************

[X] **Joint Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Joint Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  [ ] Joint Debtor was not employed during the 60 days preceding the filing of the petition;

  [ ] Joint Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

  [ ] Joint Debtor was self-employed during the 60 days preceding the filing of the petition;

  [ ] Joint Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor: _____  Date: 5/15/08

64592 Quality Metalcraft LLC  David Earl Rootes        Pay Date:    27-MAR-2008
6211 McKinley Street NW       EE# 680595-2             Pay Period:  16-MAR-2008 to 22-MAR-2008
Anoka MN 55303                Wage/Salary: 16.25       Federal filing:  S  0      Add'l  0.00
                                                       State filing:      (MN) 0  Add'l  0.00

| Earnings | Hrs | Rate | Amt | YTD | Deductions | Amt | YTD | EE Taxes | Amt | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| Holiday Time | 0.00 | | 0.00 | 390.00 | Client Loan | 103.57 | 1,346.41 | Federal Income Tax | 82.50 | 931.96 |
| Overtime | 0.00 | | 0.00 | 719.10 | Tools Recurring | 10.00 | 130.00 | Medicare | 9.42 | 132.36 |
| Time Entry Wages | 36.50 | 16.250 | 593.13 | 7,962.51 | | | | Social Security | 40.30 | 565.97 |
| Vacation Time | 3.50 | 16.250 | 56.88 | 56.88 | | | | MN State Income Tax | 36.06 | 402.66 |

64592 Quality Metalcraft LLC  David Earl Rootes        Pay Date:    22-MAY-2008
6211 McKinley Street NW       EE# 680595-2             Pay Period:  11-MAY-2008 to 17-MAY-2008
Anoka MN 55303                Wage/Salary: 16.25       Federal filing:  S  0      Add'l  0.00
                                                       State filing:      (MN) 0  Add'l  0.00

| Earnings | Hrs | Rate | Amt | YTD | Deductions | Amt | YTD | EE Taxes | Amt | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| Holiday Time | 0.00 | | 0.00 | 390.00 | Client Loan | 103.57 | 2,174.97 | Federal Income Tax | 109.61 | 1,955.42 |
| Overtime | 4.50 | 24.375 | 109.69 | 2,181.61 | Tools Recurring | 0.00 | 192.23 | Medicare | 11.02 | 228.97 |
| Time Entry Wages | 40.00 | 16.250 | 650.00 | 13,032.51 | | | | Social Security | 47.10 | 979.04 |
| Vacation Time | 0.00 | | 0.00 | 186.88 | | | | MN State Income Tax | 43.79 | 794.19 |

Message
Please verify your name and address for year-end W-2 processing.
Submit address changes via www.gevity.com or contact Gevity OnCall
at 1.8662GEVITY (1.866.243.8489)

|  | Gross | YTD Gross | Net A— |
|---|---|---|---|
|  | 759.69 | 15,791.00 | |

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS LIGHT AND DARK BLUE ARE PRESENT

Gevity HR - 1700 West 82nd Street    Suite 150
Bloomington, MN 55431
64592 Quality Metalcraft LLC                                                Pay Date: 22-MAY-2008

NOT A CHECK

Pay Advice For:                      Village Bank   ***0233     175.00
David Earl Rootes  (680595-2)        Village Bank   ***2741     269.60
2774 Cutters Grove Circle
Anoka MN 55303

Not Negotiable

# View Paycheck

Misty S Rootes

    To:   misty.s.rootes@medt

Print   One time e-mail



| | |
|---|---|
| Net Pay: | $1,314.74 |
| Pay Begin Date: | 04/26/2008 |
| Pay End Date: | 05/09/2008 |
| Check Date: | 05/16/2008 |

View a Different Payment

NEW Auto E-Mail Direct Deposit Statements

### General

| | | | |
|---|---|---|---|
| Name: | Misty S Rootes | Department: | 151206 - Research Operations |
| Employee ID: | 91897 | Shift: | 1 |
| Address: | 2139 Cleveland Ln SE Cambridge, MN 55008 | Pay Rate: | $19.13   Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | MN Marital Status: | Married |
| Fed Allowances: | 9 | MN Allowances: | 9 |
| Fed Addl Amount: | $0.00 | MN Addl Amount: | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross* | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,559.26 | 1,442.78 | 110.38 | 134.14 | 1,314.74 |
| YTD | 15,836.53 | 14,671.73 | 1,172.38 | 1,365.00 | 13,299.15 |

*Fed Taxable Gross = Gross Earnings plus Imputed Earnings, less Before-Tax Deductions, plus Taxable Employer Paid Benefits. See sections below if applicable.

### Earnings

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Indirect N | 68.50 | 19.132058 | 1,310.54 | 14,502.04 |
| Vac Taken | 11.50 | 19.132058 | 220.02 | 373.08 |
| Overtime | 1.00 | 28.698087 | 28.70 | 502.23 |
| Personal | | | | 459.18 |
| Total: | 81.00 | | 1,559.26 | 15,836.53 |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Withholdng | | 30.15 |
| Fed MED/EE | 20.92 | 212.74 |
| Fed OASDI/EE | 89.46 | 909.65 |
| MN Withholdng | | 19.84 |
| Total: | 110.38 | 1,172.38 |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| Delta | 12.92 | 129.20 |
| Hlthprtnrs | 90.92 | 909.20 |
| VSP,Vision | 13.05 | 130.50 |
| Total: | 116.89 | 1,168.90 |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| United Way | 13.00 | 130.00 |
| DepLf-Spou | 1.38 | 22.68 |
| Optnl Life | 2.50 | 38.28 |
| Dep Life | 0.37 | 5.14 |
| Total: | 17.25 | 196.10 |

### Employer Paid Benefits

| Description | Amount | YTD Amount |
|---|---|---|
| Delta | 41.08 | 401.52 |
| Hlthprtnrs | 366.00 | 3,372.00 |
| Basic Life | 1.24 | 16.00 |
| LTD | 2.84 | 77.52 |
| Basic Life* | 0.41 | 4.10 |
| *Taxable | | |
| Total: | 411.57 | 3,871.14 |

### Net Pay Distribution

# View Paycheck

Misty S Rootes

 
Print    One time e-mail

To:    misty.s.rootes@medt



| | |
|---|---|
| Net Pay: | $1,338.31 |
| Pay Begin Date: | 03/15/2008 |
| Pay End Date: | 03/28/2008 |
| Check Date: | 04/04/2008 |

View a Different Payment

NEW Auto E-Mail Direct Deposit Statements

### General

| | | | |
|---|---|---|---|
| Name: | Misty S Rootes | Department: | 151206 - Research Operations |
| Employee ID: | 91897 | Shift: | 1 |
| Address: | 2139 Cleveland Ln SE Cambridge, MN 55008 | Pay Rate: | $19.13  Hourly |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | MN Marital Status: | Married |
| Fed Allowances: | 9 | MN Allowances: | 9 |
| Fed Addl Amount: | $0.00 | MN Addl Amount: | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross* | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,587.96 | 1,471.48 | 112.56 | 137.09 | 1,338.31 |

*Fed Taxable Gross = Gross Earnings plus Imputed Earnings, less Before-Tax Deductions, plus Taxable Employer Paid Benefits. See sections below if applicable.

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Indirect N | 73.50 | 19.132058 | 1,406.20 |
| Personal | 8.00 | 19.132058 | 153.06 |
| Overtime | 1.00 | 28.698087 | 28.70 |
| Total: | 82.50 | | 1,587.96 |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | |
| Fed MED/EE | 21.33 |
| Fed OASDI/EE | 91.23 |
| MN Withholdng | |
| Total: | 112.56 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Delta | 12.92 |
| Hlthprtnrs | 90.92 |
| VSP,Vision | 13.05 |
| Total: | 116.89 |

### After Tax Deductions

| Description | Amount |
|---|---|
| United Way | 13.00 |
| DepLf-Spou | 2.49 |
| Optnl Life | 4.16 |
| Dep Life | 0.55 |
| Total: | 20.20 |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| Delta | 39.92 |
| Hlthprtnrs | 330.00 |
| Basic Life | 1.69 |
| LTD | 8.98 |
| Basic Life* *Taxable | 0.41 |
| Total: | 381.00 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 5768614 | Savings | ***0233 | 200.00 |