Certificate Number: 01356-MN-DE-004741082

Bankruptcy Case Number: 08-42554

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on August 22, 2008, at 4:07 o'clock PM EDT, Misty Rootes completed a course on personal financial management given by internet by Hummingbird Credit Counseling and Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Minnesota.

Date: August 22, 2008      By      /s/Sarah L Boyle for Victoria Wright

Name   Victoria Wright

Title   Executive Director of Education

Certificate Number: 01356-MN-DE-004740980

Bankruptcy Case Number: 08-42554

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on August 22, 2008, at 3:54 o'clock PM EDT,

David Rootes completed a course on personal financial

management given by internet by

Hummingbird Credit Counseling and Education, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the District of Minnesota.

Date: August 22, 2008        By      /s/Sarah L Boyle for Victoria Wright

                             Name    Victoria Wright

                             Title   Executive Director of Education